

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2020

**By ECF and Email**

The Honorable Sarah L. Cave
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Kevin Richard Dennis*, 20 MJ 13150 (UA)

Dear Judge Cave,

    The Government writes on behalf of the parties to request respectfully an adjournment *sine die* of the bail hearing currently scheduled for tomorrow, December 30, 2020, at 10:30 AM. Earlier today, the Government was informed by Marlon Kirton, Esq., who was previously appointed to represent the defendant and who is copied here, that his client had recently retained Austin Manghan, Esq. in connection with the above-captioned case. After speaking further with Mr. Manghan this afternoon, who confirmed his retention and his intent to file a notice of appearance on behalf of the defendant, and in light of the prior conversation with Mr. Kirton, the Government now requests on behalf of the parties that the bail hearing be adjourned *sine die* in anticipation of the parties scheduling another date for a bail hearing with the Clerk's Office, as appropriate.

    Respectfully submitted,

    AUDREY STRAUSS
    Acting United States Attorney

Application GRANTED.

SO ORDERED.
New York, NY
December 30, 2020

By: _____
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

_____
Sarah L. Cave, USMJ

cc: Austin Manghan (Retained Counsel to Defendant Kevin Richard Dennis) (by email)
    Marlon Kirton (Appointed Counsel to Defendant Kevin Richard Dennis) (by ECF and email)